## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 248**

| In the Matter of | Case Number: |
|---|---|
| Three Zero Three Capital Partners, LLC v. William Jamison, Jr, Stephen Harper, Jeffrey Ong and Evergreen Energy Capital, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Jamison, Jr, Stephen Harper, Jeffrey Ong and Evergreen Energy Capital

**JUDGE MANNING**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| Steven P. Handler |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven P. Handler |

| FIRM |
|---|
| McDermott Will & Emery LLP |

| STREET ADDRESS |
|---|
| 227 West Monroe Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606-5096 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1115847 | 312.372.2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT