**YM**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 248**

In the Matter of                                    Case Number:

Three Zero Three Capital Partners, LLC v. William Jamison, Jr,
Stephen Harper, Jeffrey Ong and Evergreen Energy Capital,
LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Jamison, Jr, Stephen Harper, Jeffrey Ong and Evergreen Energy Capital, LLC

**JUDGE MANNING**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print)<br> Amy J. Carletti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Amy J. Carletti | |
| FIRM<br> McDermott Will & Emery LLP | |
| STREET ADDRESS<br> 227 West Monroe Street | |
| CITY/STATE/ZIP<br> Chicago, IL  60606-5096 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282558 | TELEPHONE  NUMBER<br>312.372.2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT