IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| THREE ZERO THREE CAPITAL PARTNERS, LLC, on behalf of itself and 303 Energy Trading Alliance, LLC | ) ) ) ) | |
| Plaintiff | ) ) ) | No. 08 C 248 |
| v. | ) ) | Judge Blanche M. Manning |
| WILLIAM JAMISON, JR., STEPHEN HARPER, JEFFREY ONG and EVERGREEN ENERGY CAPITAL, LLC | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

**EVERGREEN ENERGY CAPITAL, LLC**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Evergreen Energy Capital, LLC ("Evergreen"), by its attorneys, respectfully states that:

(a)   Evergreen has no parent corporation;

(b)   No publicly-held company owns more than 10% of Evergreen stock; and

(c)   William Jamison, Jr., Stephen Harper and Jeffrey Ong are the members of Evergreen.

Dated: January 15, 2008                                Respectfully submitted,

                                                          EVERGREEN ENERGY CAPITAL, LLC

                                                            /s/ Amy J. Carletti
                                                          One of its attorneys

Steven Handler
Amy J. Carletti
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000

## **CERTIFICATE OF SERVICE**

  I, Amy J. Carletti, an attorney, certify that I served a copy of the foregoing Corporate Disclosure Statement by first class U.S. Mail, postage prepaid, upon:

> Patrick T. Stanton
> Richard T. Reibman
> Schwartz Cooper Chartered
> 180 N. LaSalle Street, Suite 2700
> Chicago, Illinois 60601

on this 15th day of January, 2008.

                   /s/ Amy J. Carletti

CHI99 4925310-1.081707.0011