# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| THREE ZERO THREE CAPITAL PARTNERS, LLC, on behalf of itself and 303 Energy Trading Alliance, LLC | ) ) ) ) | |
| Plaintiff | ) ) ) | No. 08 C 248 |
| v. | ) ) | Judge Blanche M. Manning |
| WILLIAM JAMISON, JR., STEPHEN HARPER, JEFFREY ONG and EVERGREEN ENERGY CAPITAL, LLC | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

### AFFIDAVIT OF JEFFREY ONG

I, Jeffrey Ong, being duly sworn under oath, depose and state as follows:

1.  I have personal knowledge of the matters stated in this Affidavit and am competent to testify about them.

2.  I currently reside in the State of Texas.

3.  At all times relevant to this litigation, I resided and worked in the State of Washington.

4.  I have never lived in nor owned real estate in the State of Illinois.

5.  I have never paid an Illinois income tax nor have I ever voted in the State of Illinois.

6.  I do not have any bank accounts in the State of Illinois.

7.  I was one of the principals, owners, traders and managing members of Evergreen Energy Capital, LLC ("Evergreen"), which was headquartered in Spokane, Washington,

8.  Evergreen never had offices in nor advertised in the State of Illinois. At no time did Evergreen ever have a website that individuals in the State of Illinois could access.

9. In connection with my work at Evergreen, I had contacts and communications with individuals affiliated with Three Zero Three Capital Partners, LLC ("Three Zero Three") and 303 Energy Trading Alliance, LLC (the "Fund") who were located in Illinois via telephone, email and instant messenger. When I had such contacts or communications with individuals at Three Zero Three and the Fund, I was located in the State of Washington.

10. Prior to Evergreen and Three Zero Three entering into the Trading Advisory Agreement, I traveled to Chicago, Illinois to meet with representatives of Three Zero Three and the Fund to discuss Evergreen's business relationship with them.

11. Since Evergreen and Three Zero Three entered into the Trading Advisory Agreement, I traveled to Chicago, Illinois one time to met with representatives from Three Zero and the Fund at Three Zero Three's offices in Chicago, Illinois.

12. I also invested personally in the Fund. When I did so, I sent my investment to the Fund located in Illinois via personal check.

13. Other than these events, I have had nominal, if any contact with the State of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of January, 2008 in Houston, Texas.

_____
JEFFREY ONG

CHI99 4928335-1.081707.0012