IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| THREE ZERO THREE CAPITAL PARTNERS, LLC, on behalf of itself and 303 Energy Trading Alliance, LLC | ) ) ) ) | |
| Plaintiff | ) ) | |
| | ) | No. 08 C 248 |
| v. | ) ) | Judge Blanche M. Manning |
| WILLIAM JAMISON, JR., STEPHEN HARPER, JEFFREY ONG and EVERGREEN ENERGY CAPITAL, LLC | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## NOTICE OF MOTIONS

To:    Patrick T. Stanton
Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601

PLEASE TAKE NOTICE that we shall appear before the Honorable Blanche M. Manning at 11:00 a.m. on Thursday, January 24, 2008, in Room 2156 at the United States District Court for the Northern District of Illinois at 219 South Dearborn, Chicago, Illinois, and then and there present **Defendant Evergreen Energy Capital, LLC's Motion to Dismiss Count II of Plaintiffs' Verified Complaint at Law, Defendant Evergreen Energy Capital, LLC's Motion for Summary Judgment as to Count III of Plaintiffs' Verified Complaint at Law, and Defendants William Jamison, Jr.'s, Stephen Harper's and Jeffrey Ong's Motion to Dismiss Counts I and II of Plaintiffs' Verified Complaint at Law,** copies of which are attached hereto and served upon you.

                                                          WILLIAM JAMISON, JR., STEPHEN
                                                          HARPER, JEFFREY ONG, and
                                                          EVERGREEN ENERGY CAPITAL, LLC

                                                               /s/ Amy J. Carletti
                                                                   One of their attorneys

Steven P. Handler
Amy J. Carletti
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000

## CERTIFICATE OF SERVICE

     I, Amy J. Carletti, certify that service of the above instrument was accomplished pursuant to ECF upon counsel of record for plaintiffs, who is a Filing User according to the Court's General Order On Electronic Filing and by first-class U.S. Mail, postage prepaid upon:

                            Richard T. Reibman
                            Schwartz Cooper Chartered
                            180 N. LaSalle Street, Suite 2700
                            Chicago, Illinois 60601

on this 18th day of January, 2008.

                                                              /s/ Amy J. Carletti

CHI99 4930455-1.081707.0011