U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THREE ZERO THREE CAPITAL PARTNERS, LLC, and 303 Energy Trading ALLIANCE, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIAM JAMISON, JR., STEPHEN HARPER, JEFFREY ONG and EVERGREEN ENERGY CAPITAL, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 248<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

TO:    Amy J. Carletti
McDermott, Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606

Please take notice that on the 22nd day of January, 2008, we filed with the Clerk of the United States Bankruptcy Court for the Northern District Of Illinois, Eastern Division, the attached **FIRST AMENDED VERIFIED COMPLAINT AT LAW**, a copy of which is hereby served upon you.

Dated: January 22, 2008

THREE ZERO THREE CAPITAL
PARTNERS, LLC and 303 ENERGY
TRADING ALLIANCE, LLC


/s/Richard T. Reibman
    One of its Attorneys

Patrick T. Stanton
Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: (312) 346-1300
Attorney No. 31395

466429.1 050598-37338

## CERTIFICATE OF SERVICE

I, Richard T. Reibman, an attorney, certify that I served a copy of the foregoing FIRST AMENDED VERIFIED COMPLAINT AT LAW by messenger delivery upon:

> Amy J. Carletti
> McDermott, Will & Emery, LLP
> 227 West Monroe Street
> Chicago, Illinois 60606

on this 22nd day of January, 2008.

/s/Richard T. Reibman

Patrick T. Stanton
Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Telephone: (312) 346-1300
Attorney No. 31395

466429.1 050598-37338