# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 248 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Three Zero Three Capital Partners, LLC, et al. Vs. Jamison, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to withdraw motion for summary judgment [10] memorandum in support [11] rule 56 statement [12], motion to dismiss [13] and memorandum in support [14], and motion to dismiss [8] is granted. Defendants' agreed motion to remand [18] is granted. This action is remanded to the Circuit Court of Cook County pursuant to 28 USC 1447, due to lack of subject matter jurisdiction. The clerk is directed to transmit the record immediately.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|